IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MONKEYMEDIA, INC., § | |
| § | |
| PLAINTIFF, § | |
| § | CIVIL ACTION NO. 1:10-cv-319 |
| V. § | |
| § | |
| APPLE INC. § | |
| § | |
| DEFENDANT. § | |

### ORDER OF DISMISSAL

On this day, Plaintiff MONKEYMEDIA, INC. and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by MONKEYMEDIA, INC. herein are dismissed, with prejudice, and all counterclaims for relief against MONKEYMEDIA, INC. by APPLE INC. are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this 6th day of September, 2016

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

FILED
16 SEP -6 PM 4:28
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ CN
DEPUTY CLERK

Agreed:

GRAVES, DOUGHERTY, HEARON & MOODY
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 480-5600 Telephone
(512) 480-5853 Telecopier

By:  /s/ Matthew C. Powers
     Steven D. Smit
     State Bar ID No. 18527500
     ssmit@gdhm.com
     William G. Christian
     State Bar ID No. 00793505
     wchristian@mofo.com
     Matthew C. Powers
     State Bar ID No. 24046650
     mpowers@gdhm.com

ATTORNEYS FOR PLAINTIFF MONKEYMEDIA, INC.


/s/ Alan D Albright
Alan D Albright
State Bar No. 00973650
alan.albright@bracewelllaw.com
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, TX 78701

Vincent J. Belusko
VBelusko@mofo.com
Bita Rahebi
BRahebi@mofo.com
Alex S. Yap
AYap@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024


ATTORNEYS FOR DEFENDANT APPLE INC.